**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FERRER INTERNACIONAL S.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00694-RGA |
| | ) | |
| VERGE ANALYTICS INC. d/b/a VERGE | ) | |
| GENOMICS, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING
SEALING OF DEFENDANT'S ANSWER AND COUNTERCLAIMS**

WHEREAS, on June 13, 2024, Plaintiff Ferrer Internacional S.A. filed a Complaint against Defendant Verge Analytics Inc.;

WHEREAS, on June 17, 2024, Defendant Verge Analytics, Inc. d/b/a Verge Genomics ("Verge") filed an Unopposed Motion to Seal which sought an order sealing the Complaint and related exhibits, and also sought leave for Verge to file any responsive papers under seal (D.I. 10, "Motion to Seal", at 1);

WHEREAS, on June 20, 2024, the Court granted Verge's Motion to Seal (D.I. 17), but the Court's order did not specifically address the request to file any responsive papers under seal;

WHEREAS, Verge seeks to confirm that it may file its Answer and Counterclaims to Plaintiff's Complaint under seal (with a redacted version to be filed within 7 days) pursuant to Fed. R. Civ. P. 5.2 and Local Rule 5.1.3 for the same reasons stated in Verge's Motion to Seal;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Verge may file its Answer and Counterclaims under seal, that Plaintiff may

similarly file any response to Verge's forthcoming Counterclaim under seal, and that redacted

versions of any such sealed filings shall be filed within 7 days of the sealed filing.


ROSS ARONSTAM & MORITZ LLP

POLSINELLI PC

*/s/ Adam D. Gold*

*/s/ Stephen J. Kraftschik*

Bradley R. Aronstam (#5129)

Stephen J. Kraftschik (#5623)

Adam D. Gold (#6412)

222 Delaware Avenue, Suite 1101

Thomas A. Barr (#5589)

Wilmington, DE 19801

Hercules Building

(302) 252-0920

1313 North Market Street, Suite 1001

skraftschik@.polsinelli.com

Wilmington, DE 19801

(302) 576-1600

*Attorney for Defendant*

baronstam@ramllp.com

*Verge Analytics Inc.*

agold@ramllp.com

*d/b/a Verge Genomics*

tbarr@ramllp.com


*Of Counsel*:

Mark C. Goodman
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
(415) 576-3000
mark.goodman@bakermckenzie.com

*Attorneys for Plaintiff*
*Ferrer Internacional S.A.*

Dated:  July 10, 2024


SO ORDERED this _____ day of _____, 2024.


_____
The Honorable Richard G. Andrews
United States District Judge

2