

222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 • (302) 252-0920

April 13, 2026

Stephen J. Kraftschik<br>
(302) 252-0926<br>
(302) 397-2659 (Fax)<br>
skraftschik@polsinelli.com

**VIA E-FILING**

The Honorable Richard G. Andrews
United States District Court
844 North King Street
Wilmington, DE 19801

Re:     *Ferrer Internacional S.A. v. Verge Analytics Inc.*, C.A. No. 24-694 (RGA)

Dear Judge Andrews,

I write on behalf of the parties regarding the case schedule to govern the remainder of the proceedings. During the March 5, 2026 discovery dispute hearing, the Court directed the parties to submit a proposed schedule along with the parties' positions if the parties were unable to fully resolve an amended case schedule. Tr. at 30-31.

The parties have met and conferred, but have several disputes about the form of the Amended Case Scheduling Order to govern the remainder of the proceedings. Accordingly, the parties hereby submit the following documents as a [Proposed] Amended Scheduling Order. The disputed provisions are indicated in bracketed, red text.

The parties also submit herewith their positions regarding the disputes. Defendant's Position is set forth in **Appendix A** and Plaintiff's Position is set forth in **Appendix B** submitted herewith.

Sincerely,

*/s/* Stephen J. Kraftschik

Stephen J. Kraftschik (#5623)

SJK:
cc: All Counsel of Record (via e-mail)

Atlanta | Boston | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Kansas City | Los Angeles | Miami | Nashville | New York | Park City | Philadelphia | Phoenix | Raleigh
Salt Lake City | San Diego | San Francisco | Seattle | St. Louis | Washington, D.C. | Wilmington
polsinelli.com

110300247.1